It is surely arguable that we should not grant more cases in one Term than we can decide in one Term. Being current in our docket is a major consideration; and it may not be wise to delay prompt review in every case, even though many of them involve issues of paramount importance, simply to overcrowd our argument docket with many other cases of lesser significance. But I suggest that we should do what we can, and it is plain enough to me that quite a number of the cases involving conflicts have been denied review but could have been granted without presenting any danger of not being current in our docket.

Of course, even if we have taken all of the cases that we could be expected to decide, which is not the fact as I see it, there would remain those unreviewed cases that leave in place the many different interpretations and applications of the federal law as administered in the courts of appeals, an issue that merits the attention of Congress and the legal establishment.

No. 89–333. CALIFORNIA v. FEDERAL ENERGY REGULATORY COMMISSION ET AL., 495 U. S. 490;

No. 89–1574. GENERAL MOTORS CORP. ET AL. v. DEPARTMENT OF REVENUE OF ALABAMA, 496 U. S. 912;

No. 89–1587. REYNOLDS METALS CO. v. SIZEMORE, COMMISSIONER OF REVENUE OF ALABAMA, 496 U. S. 912;

No. 89–1592. RAMIREZ v. UNITED STATES, 495 U. S. 933;

No. 89–6243. LEAL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 495 U. S. 934;

No. 89–6494. ASANTE v. UNITED STATES, 495 U. S. 934;

No. 89–6706. BERBICK v. PROVIDENT NATIONAL BANK ET AL., 494 U. S. 1085;

No. 89–6764. SCOTT v. DEPARTMENT OF THE ARMY, 495 U. S. 935;

No. 89–6912. TAYLOR v. DEPARTMENT OF HEALTH AND HUMAN SERVICES, 494 U. S. 1090;

No. 89–6944. COOPER v. REMAX WYANDOTTE COUNTY REAL ESTATE, INC., ET AL., 495 U. S. 935;

No. 89–6972. LAKE v. CALIFORNIA, 495 U. S. 960;

No. 89–6976. KLEIN v. MASSACHUSETTS, 495 U. S. 916;

No. 89–6979. FOX v. UNITED STATES DEPARTMENT OF THE INTERIOR, 495 U. S. 936;

No. 89–6991.   MIKESELL *v.* DEPARTMENT OF TRANSPORTA-
TION, NATIONAL TRANSPORTATION SAFETY BOARD, ET AL., 495
U. S. 949;

No. 89–7000.   ROE *v.* TEXAS, 495 U. S. 937;

No. 89–7009.   CASTILLO ET AL. *v.* UNITED STATES, 495 U. S.
960;

No. 89–7017.   CASTILLO *v.* COLLINS, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 495
U. S. 937;

No. 89–7057.   FLANAGAN *v.* UNITED STATES, 495 U. S. 938;

No. 89–7070.   WILLIAMS *v.* GEORGIA, 495 U. S. 950;

No. 89–7111.   ALLUSTIARTE ET AL. *v.* COOPER, 495 U. S. 960;

No. 89–7117.   BAASCH *v.* UNITED STATES ET AL., 495 U. S.
938;

No. 89–7118.   MARTIN *v.* SUPREME COURT OF PENNSYLVANIA
ET AL., 495 U. S. 960;

No. 89–7119.   MARTIN *v.* SUPREME COURT OF PENNSYLVANIA,
495 U. S. 960;

No. 89–7126.   MARTIN *v.* SHANK ET AL., 495 U. S. 961;

No. 89–7129.   HAWK-BEY *v.* UNITED STATES, 495 U. S. 938;

No. 89–7173.   KELLEY *v.* INTERNATIONAL TOTAL SERVICES,
INC., ET AL., 496 U. S. 909;

No. 89–7205.   DONALD *v.* UNITED STATES DEPARTMENT OF
EDUCATION, 496 U. S. 910;

No. 89–7243.   MCLAUGHLIN *v.* LATESSA, 495 U. S. 952;

No. 89–7263.   WHIRTY *v.* LATESSA, SUPERINTENDENT,
MASSACHUSETTS CORRECTIONAL INSTITUTION, 495 U. S. 952; and

No. 89–7285.   COCHRAN *v.* TURNER, WARDEN, 496 U. S. 929.
Petitions for rehearing denied.

No. 89–1545.   QUARTERMAN ET UX. *v.* COMMISSIONER OF IN-
TERNAL REVENUE, 495 U. S. 932.   Motion of petitioners for
leave to proceed further herein *in forma pauperis* granted.   Peti-
tion for rehearing denied.

No. 89–7280.   GOLUB *v.* IBM CORP.; GOLUB *v.* ERNST &
WHINNEY ET AL.; GOLUB *v.* WEINER & CO.; and GOLUB *v.* UNI-
VERSITY OF CHICAGO, 495 U. S. 941.   Petition for rehearing de-
nied.   JUSTICE BLACKMUN and JUSTICE STEVENS took no part in
the consideration or decision of this petition.